IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RHD ELMA, INC.,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | Consolidated Nos. 88-cv-365<br>89-cv-339<br><br>No. 88-cv-365<br>(Judge Bruggink) |

**MOTION FOR LEAVE TO WITHDRAW/SUBSTITUTE ATTORNEY OF RECORD**

Pursuant to RCFC 81(D)(4), plaintiff's counsel William F. Lenihan. moves for leave to withdraw as attorney of record for plaintiff and moves to substitute Dennis J. Dunphy of the law firm of Schwabe, Williamson & Wyatt, P.C. in his place and stead.

DATED this 19th day of October 2005.

Respectfully submitted

William F. Lenihan
WILLIAM F. LENIHAN
6424 Lake Washington Blvd. N.E., Apt. 22
Kirkland, WA 98033
Telephone: (425) 889-0631
Facsimile: (425) 889-2086

s/Dennis J. Dunphy
DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Ave., Ste. 3010
Seattle, WA 98101-2393
Tel: (206) 622-1711
Fax: (206) 292-0460

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 19th of October 2005, I caused to be electronically filed with the U.S. Court of Federal Claims the foregoing Motion for Leave to Withdraw/Substitute Attorney of Record and Affidavit of Dennis J. Dunphy Regarding Appointment. A courtesy copy was sent by facsimile to::

Nancy Myung-Jin Kim
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

s/Dennis J. Dunphy