IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RHD ELMA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | Consolidated Nos. 88-cv-365<br>89-cv-339<br><br>No. 88-cv-365<br>(Judge Bruggink) |

**AFFIDAVIT OF DENNIS J. DUNPHY REGARDING APPOINTMENT**

STATE OF WASHINGTON )
) ss.
COUNTY OF KING )

Dennis J. Dunphy being first duly sworn on oath deposes and says:

1. I make this statement based upon personal knowledge and am competent to testify to the matters stated below.

2. I am fully authorized and competent to make this affidavit on behalf of RHD Elma, Inc.

3. I am an attorney in good standing in the Bar of the United States Court of Federal Claims.

4. I confirm that I have been retained by RHD Elma, Inc., in the above-entitled action to substitute in as counsel for William F. Lenihan.

5. I ask the Court grant Plaintiff's Motion for Leave to Withdraw/Substitute Attorney of record.

DATED this 19th day of October 2005.

DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Ave., Ste. 3010
Seattle, WA 98101-2393
Tel: (206) 622-1711
Fax: (206) 292-0460

SUBSCRIBED AND SWORN TO before me this 19th day of October 2005

JOSEFINA I. WHITEHEAD NOTARY PUBLIC STATE OF WASHINGTON COMMISSION EXPIRES 3-28-06

Printed Name: JOSEFINA I. WHITEHEAD
Notary Public in and for the State of Washington residing at SEATTLE
My commission expires: 3-28-06