# In the United States Court of Federal Claims

Nos. 88-365C and 89-339C
Consolidated under lead case no. 88-365C
(Filed: October 19, 2005)

* * * * * * * * * * * * * * * * * * * *
RHD ELMA, INC.,
(RHD Elma, Inc.),

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiffs' October 19, 2005 motion for leave to withdraw and substitute attorney of record. The motion is granted. Accordingly, the clerk is directed to enter the appearance of Dennis J. Dunphy as the attorney of record for plaintiffs in the above-captioned cases (88-365C and 89-339C). The former lead case (case no. 85-33C *Manke Lumber Co.*) was closed November 19, 2003. *RHD Elma, Inc.*, No. 88-365C is hereby designated as the lead case.

The clerk is directed to serve a copy of this order by mail on counsel for plaintiffs. Once the court's docket is corrected to reflect Dennis Dunphy as the attorney of record for plaintiffs, he will be noticed electronically on all filings.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge