IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RHD ELMA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 365-88C, 339-89C (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR ENTRY OF JUDGMENT**

For the purpose of resolving the claims of the United States against RHD Elma, Inc. ("RHD Elma") arising out of the South End, Elk and Backstretch Timber Sale Contracts (collectively the "Contracts") without further legal proceedings and without any adjudication of any issue of law or fact, and without constituting an admission of facts or liability on the part of RHD Elma and for no other purpose, the parties stipulate and agree as follows:

1. The Forest Service, United States Department of Agriculture ("Forest Service"), awarded the Contracts to RHD Elma between May 1979 and October 1981. The Contracts later expired uncompleted or were terminated by the Forest Service without RHD Elma having removed all of the timber included in the sales.

2. The Forest Service resold the remaining timber included in the Elk and Backstretch Timber Sale Contracts at a price below that which RHD Elma was obligated to pay under the terms of its Contracts.

3. Between June 1987 and October 1988, the Forest Service contracting officers issued final decisions pursuant to the Contract Disputes Act of 1978, 41 U.S.C. § 601 et seq., assessing damages against RHD Elma totaling $5,539,796.93 (exclusive

of interest) as a result of its failure to perform the Contracts.

4. RHD Elma later instituted these two actions in the Court of Federal Claims (Nos. 365-88C and 339-89C) challenging the contracting officer's decisions. In response to the complaints, the United States asserted counterclaims for the damages assessed by the contracting officers.

5. Thereafter, the parties entered into negotiations for the purpose of resolving this matter amicably.

6. By letter of October 26, 2005 and November 18, 2005, RHD Elma, through counsel, offered to compromise and settle these two cases by paying the United States all of the monies in the escrow accounts established pursuant to the escrow agreement signed on April 15, 1993, between Industrial Indemnity Company ("Surety") and the United States, which is currently valued at approximately $ 1.23 million. Attachment A.

7. RHD Elma's offer in compromise has been accepted on behalf of the Attorney General.

8. RHD Elma and the United States agree to the entry of Judgment in these two actions in favor of the United States in an amount equal to the accrued balance in the escrow accounts referenced above.

9. Upon receipt of the judgment amount due the United States under the terms of this agreement, the United States releases and discharges RHD Elma, its officers, agents, parents, affiliates and assigns from any and all claims, obligations, or demands which relate to, arise out of, or in any manner concern the Contracts which are the subject of this litigation (365-88C and 339-89C), including but not limited to any

claims for damages, interest, attorneys fees, or costs, irrespective of whether the claims, obligations, or demands were asserted in this litigation.

10. In consideration of the foregoing release of claims by the United States, RHD Elma releases and discharges the United States, and its officers, employees, and representatives, from any and all claims, obligations, or demands which relate to, arise out of, or in any manner concern the Contracts which are the subject of this litigation, including but not limited to any claims for damages, interest, attorneys fees, or costs, irrespective of whether the claims were asserted in this litigation.

11. This agreement shall be binding upon and inure to the benefit of the parties to this agreement and their respective heirs, successors, and assignees.

12. This agreement embodies the full and complete understanding of the parties and, upon execution, supersedes all prior understandings and oral agreements between them. Any modification or amendment of this agreement shall be null and void unless it is in writing and signed by both parties or their legal counsel.

13. RHD Elma and the United States each warrant and represent that its officers or agents executing this agreement each have the requisite corporate or statutory authority to do so.

RHD ELMA, Inc.

By: John D. Turnbull President
: John Turnbull, President

UNITED STATES OF AMERICA

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Ave., Suite 3400
Seattle, Washington 98101
Tel: (206) 622-1711

Attorney for Plaintiff

DATED: 2/27/06

JAMES M. KINSELLA
Deputy Director
Authorized Representative of the
Attorney General

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0546

Attorneys for Defendant

DATED: 2/23/06